TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-96-00058-CR

Rui Miguel Dacruz, Appellant

v.

The State of Texas, Appellee

FROM THE COUNTY COURT AT LAW NO. 3 OF TRAVIS COUNTY

NO. 438466, HONORABLE DAVID CRAIN, JUDGE PRESIDING

PER CURIAM

 This is an appeal from a conviction for driving while intoxicated. Appellant has
filed a motion to withdraw the appeal. No decision of this Court has been delivered. The motion
is granted and the appeal is dismissed. See Tex. R. App. P. 59(b). 

Before Chief Justice Carroll, Justices Aboussie and Kidd

Dismissed on Appellant's Motion

Filed: May 1, 1996

Do Not Publish